## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| **NICK VILLEGAS,** | |
| Plaintiff, | |
| | Case No. 1:21-cv-01369-RMR-NRN |
| v. | |
| | |
| **TERRAPIN TOWER ROAD, LLC** d/b/a Hampton Inn Denver Airport, **TOWER ROAD LLC** and **MICHAELA FITZGERALD,** an individual | |
| | |
| Defendants. | |
| | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, <u>with prejudice</u>, and without fees or costs to any party as against the other.  Each party shall bear their or its own costs and attorneys' fees.

This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted,

JACKSON LEWIS LLP

*Timothy Kratz*
—BF6680B693B1452...
Timothy M. Kratz, Esq.
timothy.kratz@jacksonlewis.com
950 17th St., Suite 2600
Denver, CO 80202
Attorneys for Defendants

ANDERSONDODSON, P.C.

  s/ *Penn Dodson*
Penn Dodson
penn@andersondodson.com
11 Broadway, Suite 615
New York, NY  10004
Attorneys for Plaintiff

8

SO ORDERED:

_____
U.S.D.J

Dated: _____

9